UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

S & S PEMBROKE PLAZA, LLC,

       Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

       Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1.    Plaintiff, S & S Pembroke Plaza, LLC ("Plaintiff"), commenced this action by filing a Complaint for Breach of Contract & Demand for Jury Trial in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. Copies of the Complaint and docket are attached in Composite Exhibit 1.

2.    Defendant, Westchester, was served on March 7, 2022.

**Diversity of Citizenship**

3.    Plaintiff is a Florida limited liability company with principal place of business in Florida.[1]

---

[1] See Exhibit A.

LEGAL\57354734\1

4.  Plaintiff's member and manager, Michael Sasoni, is a resident and citizen of the State of Florida.

5.  Plaintiff's manager, Ezra Skandrani, is a resident and citizen of the State of Florida.

6.  Westchester is an insurance company incorporated in the State of Georgia with principal place of business in the State of Pennsylvania.

7.  Accordingly, for purposes of 28 U.S.C. § 1332, diversity existed among Plaintiff and Westchester at the time Plaintiff commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

## Amount in Controversy

8.  The Complaint alleges that it "is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs, and attorney's fees."[2]

9.  Plaintiff alleges that it purchased an insurance policy from Westchester covering property located at 6726 Pembroke Road, Pembroke Pines, FL 33023.[3]

10. Plaintiff alleges that on or about August 18, 2021, the property was damaged.[4]

11. Plaintiff alleges that Westchester was notified of the loss and assigned claim number KY21K2774354 to the claim (the "Claim").[5]

12. Plaintiff alleges Westchester breached the contract by "failing to adjust the Loss pursuant to the unambiguous terms of the Policy."[6]

---

[2] Compl. ¶ 1.
[3] Compl. ¶ 4.
[4] Compl. ¶ 5.
[5] Compl. ¶ 7.
[6] Compl. ¶ 9.

13. In connection with the Claim, Plaintiff has submitted a repair estimate prepared by Cohen & Associates Public Adjusters, Inc. in the amount of $126,034.27. [7]

14. Additionally, Plaintiff has submitted a Sworn Statement of Proof of Loss in the amount of $123,534.21 in connection with the Claim. [8]

15. Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

16. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

17. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ John David Dickenson
John David Dickenson (Trial Counsel)
Florida Bar No. 575801
jdickenson@cozen.com
Evan M. Holober
Florida Bar No. 1012320
eholober@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, Florida  33401
Telephone:  (561) 515-5250
Facsimile:  (561) 515-5230
*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

---

[7] See Exhibit B.
[8] See Exhibit C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

                                        /s/  John David Dickenson
                                        John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Kevin Weisser, Esq.
Ulyana Y. Grichener, Esq.
WEISSER ELAZAR & KANTOR, P.A.
800 E. Broward Blvd., Suite 510
Fort Lauderdale, FL 33301
Telephone: (954) 486-2623
Email: KW@WEKlaw.com
         JK@WEKlaw.com
         UG@WEKlaw.com
         AK@WEKlaw.com
         Service@WEKlaw.com